IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| PAULETTE DALRYMPLE | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | CAUSE NO. 1:07CV924 LG-JMR |
| | § | |
| GEORGE REGIONAL HEALTH | § | |
| SYSTEM, DBA GEORGE COUNTY | § | |
| HOSPITAL | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Defendant's Motion [32] for Summary Judgment, the Court, after a full review and consideration of the Motion, Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, George Regional Health System, dba George County Hospital, pursuant to Fed. R. Civ. P. 56. The Plaintiff's claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 17th day of March, 2009.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE